UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **DAVID RICO MORENO,** | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-CV-00259 |
| **MIGUEL VERGARA,** *et al.*, | § § § | |
| Respondents. | § | |

# ORDER

Pending before the Court is Petitioner David Rico Moreno's ("Petitioner") Petition for Writ of Habeas Corpus, challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials and the Department of Homeland Security (DHS). (Dkt. 1.) Petitioner filed his petition on February 20, 2026. (*Id*.) The Court ordered Respondents to show cause and submit a response by March 2, 2026, and ordered Petitioner to submit a reply to Respondents' response by March 5, 2026. (Dkt. 4.) Respondents filed a timely response, and Petitioner filed a timely reply. (Dkts. 8, 9.)

In reviewing the information before the Court, the Court observed factual discrepancies between the information provided in the Petition, Respondents' Response, and Petitioner's Reply. Specifically, Petitioner's initial Petition reports that Petitioner's native country is Honduras, however, the Notice to Appear (NTA) attached to the Government's response indicates that Petitioner's country of origin is Mexico. (*See* Dkt. 1 at 1; Dkt. 8, Attach. 1.) Additionally, Petitioner submitted a reply to the Government's response that appears to be associated with another case number, a different petitioner, and does not appear connected to the facts of the initial petition. (*See* Dkt. 9.)

Petitioner is **ORDERED** to submit additional information <u>on or before March 16, 2026,</u> indicating:

1. Whether Petitioner is currently detained, and if so, at what detention facility

2. Where and when Petitioner was most recently apprehended by ICE, and whether this was Petitioner's first apprehension after entering the United States in June of 2005, or whether Petitioner had previously been apprehended by DHS and released from custody

Petitioner's counsel is advised that, should the Court become aware of additional factual discrepancies in this case or in any other case in which Petitioner's counsel appears before this Court, the Court may issue an order to show cause as to why sanctions should not be imposed.

IT IS SO ORDERED.

SIGNED this March 11, 2026.

                                                                               Diana Saldaña
                                                                               United States District Judge